**Order entered November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01400-CR

## AHMAD RASHAD HAWKINS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F14-30754-K

## ORDER

The Court **GRANTS** appellant's motion to substitute counsel. We **DIRECT** the Clerk to substitute Sarah Fox as appellant's retained attorney of record in place of Katherine Drew.

We **DIRECT** the Clerk to send copies of this order to Sarah Fox, Katherine Drew, and the Dallas County District Attorney's Office.

/s/      ADA BROWN
          JUSTICE